of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Jenkins has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dexter McPhail, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter McPhail appeals the district court's order dismissing his action pursuant to 42 U.S.C. § 1983 (2000) for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McPhail v. Raynor,* No. 5:07–ct–03024–D (E.D.N.C. Mar. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

Dexter McPHAIL, Plaintiff–Appellant,

v.

Rhonda RAYNOR; Norman Wayne Naylor, Defendants–Appellees.

No. 07–6607.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 29, 2007.

---

Aaron SMITH, Plaintiff–Appellant,

v.

Kristina Morgan ROBINSON, Assistant Commonwealth Attorney, Defendant–Appellee.

No. 07–6610.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 29, 2007.